IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE REESE, # 192825, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-CV-57-WKW |
| WILLIAM A. SHASHY, ROBERT BENTLEY, and KIM TOBIAS THOMAS, | ) |
| Defendants. | ) |

## **ORDER**

On January 25, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 5) regarding Plaintiff's Motion for Preliminary Injunction (Doc. # 1). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Defendant's Motion for Preliminary Injunction (Doc. # 1) is DENIED; and

3. this case is REFERRED back to the Magistrate Judge for further proceedings on Plaintiff's claims.

DONE this 14th day of February, 2012.

                                      /s/ W. Keith Watkins  
                              CHIEF UNITED STATES DISTRICT JUDGE