IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE REESE, #192825, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CV-57-WKW ) |
| JUDGE WILLIAM SHASHY, *et al.*, | ) ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 15), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED as follows:

(1) Plaintiff's claims for declaratory and injunctive relief with respect to orders/actions undertaken by Judge William Shashy are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

(2) Plaintiff's claims for damages against Judge William Shashy are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii);

(3) Plaintiff's claims regarding a conspiracy are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

(4)     This action, with respect to the conditions claims against Defendants Thomas and Bentley, are REFERRED back to the Magistrate Judge for appropriate proceedings.

DONE this 9th day of April, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE