IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE REESE, #192825, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-57-WKW |
| | ) [WO] |
| GOVERNOR ROBERT | ) |
| BENTLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 3, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 23.)  Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice for failure of Plaintiff to file an amended complaint as directed by orders of the court.  An appropriate final judgment will be entered separately.

DONE this 20th day of March, 2014.

                                           /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE